**Order entered December 1, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00985-CV

**MINH NGUYEN, Appellant**

**V.**

**TORINO ENGLISH, Appellee**

**On Appeal from the County Court at Law No. 5
Collin County, Texas
Trial Court Cause No. 005-01041-2016**

## ORDER

Before the Court is appellant Minh Nguyen's November 28, 2016 motion for extension of time to file brief. We **GRANT** appellant's motion and **ORDER** the brief filed by December 29, 2016.

We caution appellant that any further motions before the Court must comply with the Texas Rules of Appellate Procedure.

/s/     CRAIG STODDART
            JUSTICE